# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# <u>SOUTHERN DIVISION</u>

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | No. 6:24-CR-415-ACA-JHE |
| | ) | |
| **BETTY JO COOLEY** | ) | |

## DEFENDANT'S MOTION TO CONTINUE SENTENCING

COMES NOW the Defendant, Betty Jo Cooley, by and through her attorney, Michael W. Whisonant, Sr. and respectfully moves this Honorable Court to continue the sentencing hearing in the above-styled case and in support of said motion says as follows:

Mrs. Cooley is scheduled to be sentenced before this Honorable Court on Tuesday, August 19, 2025 at 11:00 a.m. Mrs. Cooley respectfully moves that her sentencing hearing be continued for a period of at least ninety (90) days. The government has been consulted regarding this proposed continuance and does not oppose the requested continuance.

On November 14, 2024, Mrs. Cooley was arraigned and released on bond. The U.S. Probation Office has advised undersigned counsel that Mrs. Cooley has complied with all conditions of her pre-trial release and she has not had any issues while on bond.

1

We respectfully move that this Honorable Court continue the sentencing in this case for at least (90) days and allow Mrs. Cooley to remain on her same bond pending sentencing.

Respectfully submitted this the 6th day of August, 2025.

/s/ Electronic Signature
MICHAEL W. WHISONANT, SR

**CERTIFICATE OF SERVICE**

I hereby certify that on August 6, 2025, the foregoing Notice was filed electronically with the Clerk of the Court, Northern District of Alabama, using the CM/ECF system to send notification of such filing.

/s/ Electronic Signature
MICHAEL W. WHISONANT, SR.
Attorney at Law

Of Counsel
Jaffe, Hanle, Whisonant & Knight, P.C.
2320 Arlington Ave. South
Birmingham, Alabama 35205
(O) (205)-930-9800
(C) (205) 903-9019